

April 4, 2022

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

    RE:    *Maxwell, et al. v. Cellco Partnership, et al.*
                  C.A. No. 19-cv-152-RGA

Dear Judge Andrews:

    This office represents the Plaintiffs in the above-captioned matter. I am writing on behalf of the parties in response to the Court's March 29, 2022 order.

    The parties are scheduled to present their cases to an arbitration panel through a bifurcated proceeding. The first phase of the evidentiary hearing is scheduled to commence July 18, 2022. The second phase has not been scheduled at this time. In the meantime, the parties are conducting discovery.

    Should the Court require any additional information, the parties remain available at the Court's convenience.

                                                 Respectfully submitted,

                                                 /s/ Michael J. Farnan

                                                 Michael J. Farnan

cc: Counsel of Record (Via E-Filing)